UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>88 LOVELLS LANE, MARSTONS,<br>MILLS, MASSACHUSETTS,<br>          Defendant. | Civil Action No.<br><br>Record Owner:<br>Victor Miller<br><br>Property:<br>88 Lovells Lane<br>Marstons Mills, Massachusetts<br><br>Barnstable County<br>Registry of Deeds:<br>Book: 9095   Page: 47 |

FILED 2003 DEC -3 P 3:20 U.S. DISTRICT COURT DISTRICT OF MASS.

## LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused a Complaint for Forfeiture <u>in rem</u> to be filed against the real property, including all buildings and appurtenances, located at 88 Lovells Lane, Marstons Mills, Massachusetts (the "Defendant Property"). The Complaint alleges that the Defendant Property constitutes real property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, Title 21, United States Code, Sections 841, 846, and/or 856, and that the Defendant Property is, therefore, subject to seizure and forfeiture to the United States of America, pursuant to 21 U.S.C. § 881(a)(7).

For title to the Defendant Property, see Book 9095, Page 47 of the Barnstable County Registry of Deeds, reflecting the conveyance of the Defendant Property on March 15, 1994.

Respectfully submitted,

MICHAEL J. SULLIVAN
United State Attorney

By: *[signature]*
SHELBEY D. WRIGHT
Assistant U.S. Attorney
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Dated: December 03, 2003

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Shelbey D. Wright, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

*[signature]*
Shelbey D. Wright
Assistant U.S. Attorney

Dated: December 03, 2003