UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,
    Plaintiff,

V.

88 LOVELLS LANE, MARSTON MILLS,
MASSACHUSETTS,
    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

03-12438PBS

### ANSWER OF CLAIMANT/INTERVENOR VICTOR MILLER
### DEMAND FOR JURY TRIAL

Victor Miller, as the claimant, asserts 100% interest in the rem above captioned, and intervenes by means of this answer in defense of the defendant land, buildings, and appurtances thereto.

1. The claimant/intervenor reserves the right to object to paragraph number one insofar as the claimant/intervenor believes it appropriate.

2. The claimant/intervenor reserves the right to object to paragraph number two insofar as the claimant/intervenor believes it appropriate.

3. Admitted.

4. Denied.

The claimant/intervenor prays that this Honorable Court deny the requested relief.

                Respectfully Submitted,
                The Claimant/Intervenor, Victor Miller,
                By His Counsel

                _____
                Joseph J. Balliro, Jr., Esquire
                Balliro & Mondano
                99 Summer Street, Suite 1800
                Boston, Massachusetts 02110
                (617) 737-8442

## CERTIFICATE OF SERVICE

I, Joseph J. Balliro, Jr., Esquire, hereby certify that I have served the foregoing by mailing, First Class mail, postage pre-paid to Shelby D. Wright, Assistant United States Attorney, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210 on February 27, 2004.

Joseph J. Balliro, Jr.