UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   03-12438PBS

UNITED STATES OF AMERICA,
    Plaintiff,

V.

88 LOVELLS LANE, MARSTON MILLS,
MASSACHUSETTS,
    Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## VERIFIED CLAIM

Victor Miller, as the claimant and as bone fide purchaser, asserts 100% interest in the rem above captioned, and intervenes by means of this claim in defense of the defendant land, buildings, and appurtances thereto and makes claim to 100% ownership of the subject rem.

The claimant/intervenor prays that this Honorable Court deny the requested relief.

### Verified

I, Victor Miller, hereby certify under oath that the averments above referenced are true and accurate to the best of my information and belief.

_____
Victor Miller

## CERTIFICATE OF SERVICE

I, Joseph J. Balliro, Jr., Esquire, hereby certify that I have served the foregoing by mailing, First Class mail, postage pre-paid to Shelby D. Wright, Assistant United States Attorney, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210 on December, 27 2004.

_____
Joseph J. Balliro, Jr.

MORTGAGE PROTECTION COVERAGE
NOTICE OF PREMIUM

NAMED INSURED & ADDRESS :

COUNTRYWIDE HOME LOANS, INC
AND/OR ITS ASSIGNS A.T.I.M.A.
P O BOX 10212
INSURANCE DEPARTMENT SV-22
VAN NUYS, CA 91410-0212

BALBOA INSURANCE COMPANY
3349 MICHELSON DRIVE, SUITE 200
IRVINE, CA 92612-8893

BORROWER'S NAME & ADDRESS :

VICTOR MILLER
88 LOVELLS LN
MARSTONS MILLS, MA       02648-1833

INSURED #       : N5219915
EFFECTIVE DATE  : 09/13/2004
EXPIRATION DATE : 09/13/2005

MASTER POLICY # : 4800-0100
LOAN #          : 042517031
TYPE OF LOAN    : 1ST/RES    NON-IMP/OCC

TOTAL PREMIUM : $903.00

DESCRIBED LOCATION:

88 LOVELLS LANE
MARSTONS MILLS MA
            02648

DEDUCTIBLES:

OCCUPIED    : $1,000.00
VACANT      : $1,000.00
WIND & HAIL : $1,000.00
HURRICANE   : $1,000.00

RATING AMOUNT:    $148,000

THIS IS A NOTICE OF PREMIUM WHICH DOES NOT PROVIDE THE TERMS OF THE NAMED INSURED'S POLICY. YOU CAN LOOK AT THE POLICY AT THE NAMED INSURED'S ADDRESS SHOWN ABOVE.

IMPORTANT NOTICE

The insurance coverage provided by the above referenced policy has been requested by the Insured Lienholder or Mortgagee in absence of the required insurance on the Described Location. If you have other insurance covering this property, please request your insurance company or agent to notify the Insured Lienholder or Mortgagee promptly. Upon receipt of acceptable notice of other coverage, this coverage will be cancelled.

YOU ARE NOT AN INSURED UNDER THIS POLICY, AND YOU ARE NOT ENTITLED TO RECEIVE THE PROCEEDS FROM THIS POLICY IN THE EVENT OF LOSS OR DAMAGE TO YOUR PROPERTY. THIS POLICY PROTECTS ONLY THE MORTGAGEE'S INTEREST IN THE DESCRIBED LOCATION. THIS PLICY DOES NOT PROVIDE CONTENTS COVERAGE, PROPERTY DAMAGE LIABILITY COVERAGE, BODILY INJURY LIABILITY COVERAGE, MEDICAL PAYMENT COVERAGE, ANY OTHER FORM OF WORKERS COMPENSATION COVERAGE, FLOOD COVERAGE OR EARTHQUAKE COVERAGE.
          IN CASE OF A LOSS, PLEASE CALL (800) 660-8519

ZI-608813 (8-97) A3066-01

0003287 - 0013835