```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
          Plaintiff,         )
                             )
     v.                      )   Civil Action No. 03-12438-JGD
                             )
88 LOVELLS LANE, MARSTON MILLS,)
MASSACHUSETTS,               )
          Defendant.         )
```

**JOINT MOTION FOR JUDGMENT AND ORDER OF FORFEITURE**

The parties to this action, the United States of America, plaintiff, and Victor Miller, claimant, report that they have reached an agreement to settle this action by forfeiting 50% of the value of the real property, which amounts to $221,500, located at 88 Lovells Lane, Marston Mills, Massachusetts, as described more fully in the attached Stipulation of Settlement. The parties therefore move this Court to enter an Order of Forfeiture in the form submitted herewith.

                     Respectfully submitted,

MICHAEL J. SULLIVAN.                  VICTOR MILLER,
United States Attorney.


 /s/ *Shelbey D. Wright*                /s/ *Joseph J. Balliro, Jr.*
By:  Shelbey D. Wright              By:  Joseph J. Balliro, Jr.
     Assistant U.S. Attorney             Balliro & Mondano
     John J. Moakley Federal             Suite 1800
        Courthouse                       99 Summer Street
     Suite 9200                          Boston, MA 02110
     1 Courthouse Way                    (617) 737-8442
     Boston, MA 02210
     (617) 748-3283

Date: February 28, 2005              Date: February 28, 2005