UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,      )
               Plaintiff,      )
                               )
          v.                   )    Civil Action No. 03-12438-JGD
                               )
88 LOVELLS LANE, MARSTON MILLS,)
MASSACHUSETTS,                 )
               Defendant.      )
```

### JUDGMENT AND ORDER OF FORFEITURE

**DEIN, M.J.:**

This cause having come before this Court and the Court being fully advised of the Stipulation of Settlement between the parties, it is hereby,

ORDERED, ADJUDGED, and DECREED:

1.  That the following property, in accordance with the Stipulation of Settlement, is hereby forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6) and (a)(7):

    - $221,500, representing 50% of the value of the real property located at 88 Lovells Lane, Marston Mills, Massachusetts (the "forfeited property").

2.  That any other claims of interest to the forfeited property are hereby dismissed, and all other parties claiming any right, title or interest in or to the forfeited property are hereby held in default.

3.  That the United States shall dispose of the forfeited property in accordance with the law.

4.  That this shall be and is the full, final, and complete disposition of this civil forfeiture action.

DONE and ORDERED in Boston, Massachusetts, this _____ day of _____, 2005.

```
                                        _____
                                        JUDITH G. DEIN,
                                        United States Magistrate Judge
```