

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

November 18, 2005

**SENT VIA FACSIMILE AND FIRST CLASS MAIL**
**FACSIMILE NO.: (617) 737-8443**

Joseph J. Balliro, Jr., Esq.
Balliro & Mondano
Suite 1800
99 Summer Street
Boston, MA 02110

Re:   United States v. 88 Lovells Lane, Marston Mills, Massachusetts
      Civil Action No. 03-12438-PBS

Dear Attorney Balliro:

   The United States has learned that your client, Victor Miller, has been released from custody, on or about September 1, 2005. As you are aware, and based on the terms of the Judgment and Order of Forfeiture issued by the District Court on March 2, 2005, in connection with the above-referenced civil forfeiture action, Miller agreed to the forfeiture of 50% of the value of the Defendant Real Property referenced above. The parties further agreed that the term "value" shall mean the fair market value of the Defendant Real Property, which has been appraised at $443,000. Therefore, the amount owed to the United States by Miller is $221,500.

   In addition, the parties agreed that Miller may satisfy the Judgment of Forfeiture in installment payments, to be paid in equal monthly installments, over a period of time to be determined by the Office of Probation upon review of Miller's "Statement of Net Worth" and accompanying records. According to the terms of the Stipulation of Settlement, the schedule of payments is to begin once Miller has been released from custody.



GOVERNMENT EXHIBIT A

Joseph J. Balliro, Jr., Esq.
November 18, 2005
Page Two


    Kindly contact this office at your earliest convenience and advise us whether Miller will be surrendering a certified check in the amount of $221,500, or whether he will be paying in monthly installments until the debt is satisfied.

                               Very truly yours,

                               MICHAEL J. SULLIVAN
                               United States Attorney,


By:   *Shelbey D. Wright* /ljt
       Shelbey D. Wright
       Assistant U.S. Attorney

SDW/ljt