

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

June 23, 2006

**SENT VIA FACSIMILE AND FIRST CLASS MAIL
FACSIMILE NO.: (617) 737-8443**

Joseph J. Balliro, Jr., Esq.
Balliro & Mondano
Suite 1800
99 Summer Street
Boston, MA 02110

Re:  United States v. 88 Lovells Lane, Marston Mills, Massachusetts
     Civil Action No. 03-12438-PBS

Dear Attorney Balliro:

    On November 18, 2005, Assistant U.S. Attorney Shelbey D. Wright sent a letter to your office concerning the $221,500, which your client, Victor Miller, agreed to forfeit to the United States in the above-referenced civil forfeiture action. I am enclosing a copy of the letter for your convenience. To date, this office has had no response from you concerning the payment of the forfeited $221,500, and according to the terms of the Stipulation of Settlement, the United States may move for a sale of the Defendant Real Property should your client default on the payment.

    Kindly contact the undersigned Assistant U.S. Attorney at your earliest convenience and advise us whether Miller will be surrendering a certified check in the amount of $221,500, or whether he will be paying in monthly installments until the debt is satisfied.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney,

By: _____
Kristina E. Barclay
Assistant U.S. Attorney

KEB/ljt
Enclosure

GOVERNMENT EXHIBIT B