UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,        )
        Plaintiff,               )
                                 )
        v.                       )    Civil Action No. 03-12438-JGD
88 LOVELLS LANE, MARSTON MILLS,  )
MASSACHUSETTS,                   )
        Defendant,               )
_____)
VICTOR MILLER,                   )
        Claimant.                )
```

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Plaintiff, United States of America.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                            By: /s/Kristina E. Barclay
                                    Kristina E. Barclay
                                    Assistant U.S. Attorney
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA  02210
Dated: May 30, 2007              (617) 748-3100

CERTIFICATE OF SERVICE

    This is to certify that the foregoing Notice of Appearance, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                    /s/Kristina E. Barclay
                                    Kristina E. Barclay
                                    Assistant United States Attorney