UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-2438-JGD |
| ) | |
| 88 LOVELLS LANE, MARSTONS MILLS, ) | |
| MASSACHUSETTS, ) | |
|     Defendant, ) | |
| _____ ) | |
| VICTOR MILLER, ) | |
|     Claimant ) | |

### NOTICE OF WITHDRAWAL

To the Clerk of the Untied States District Court:

    Please enter my withdrawal in the above-captioned case as counsel for the Claimant, Victor Miller.

                              Respectfully submitted,
                              Claimant, Victor Miller,
                              By his attorney,

                              /s/ Joseph J. Balliro, Jr.
                              Joseph J. Balliro, Jr.
                              (BBO#550194)
                              Balliro & Mondano
                              99 Summer Street, Ste. 1800
                              Boston, MA 02110
                              (617) 737-8442

Dated: August 31, 2007