UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>88 LOVELLS LANE, MARSTONS MILLS,<br>MASSACHUSETTS,<br>    Defendant,<br><br>VICTOR MILLER,<br>    Claimant | )<br>)<br>)<br>)  Civil Action No. 03-2438-JGD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED IN CLERK'S OFFICE
2007 SEP -4  P 4: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

### NOTICE OF APPEARANCE

To the Clerk of the Untied States District Court:

Please enter my appearance in the above-captioned case as counsel for the Claimant, Victor Miller.

Respectfully submitted,
Claimant, Victor Miller,
By his attorney,

Steven T. Snow, Esquire
(BBO#558331)
Law Offices of Steven T. Snow
2 Oak Street, Suite 202
P.O. 628
Mashpee, MA  02649
(508) 477-7100

Dated: August 30, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within, Notice of Appearance, has been served this day, by first class mail, postage prepaid, to all counsel of record as follows:

Kristina E. Barclay, Esquire
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

_____
Steven T. Snow, Esquire

Dated: August __, 2007

*[handwritten notes, sideways:]* adver receiver couch