UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 03-12438-JGD |
| 88 LOVELLS LANE, MARSTONS MILLS, MASSACHUSETTS, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR**
**FINAL JUDGMENT AND ORDER OF FORFEITURE**

The parties in the above civil action, by and through their undersigned counsel, jointly move that this Court issue a Final Judgment and Order of Forfeiture, forfeiting the following property to the United States pursuant to 21 U.S.C.§ 881(a)(7) and the attached Settlement Agreement:

> $102,500.00 in United States currency, as a substitute *res* for the real property located at 88 Lovells Lane, Marstons Mills, Massachusetts.

For the Court's convenience, a proposed Final Judgment and Order of Forfeiture is attached.

In support of this Motion, the parties state that they have settled this action and have executed the attached Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| VICTOR MILLER,<br>By his attorney, | MICHAEL J. SULLIVAN,<br>United States Attorney, |
| By: /s/ Steven T. Snow<br>    Steven T. Snow, Esq.<br>    Law Offices of Steven T. Snow<br>    Mashpee Commons<br>    2 Oak Street, Suite 202<br>    Post Office Box 628<br>    Mashpee, MA 02649<br>    (508) 477-7100 | By: /s/ Jennifer A. Serafyn<br>    Jennifer A. Serafyn<br>    Assistant U.S. Attorney<br>    John Joseph Moakley Courthouse<br>    One Courthouse Way, Suite 9200<br>    Boston, MA 02210<br>    (617) 748-3100 |
| Date: June 23, 2008 | Date: June 23, 2008 |