**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-12438-JGD |
| | ) | |
| 88 LOVELLS LANE, MARSTONS | ) | |
| MILLS, MASSACHUSETTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court having allowed the parties' Joint Motion for Final Judgment and Order of

Forfeiture, it is hereby ORDERED:

1.      Judgment by agreement of the parties is hereby entered for the forfeiture to the

United States, pursuant to 21 U.S.C. § 881(a)(7), of the following, upon entry of this Order:

> One Hundred Two Thousand Five Hundred Dollars ($102,500.00) in United
> States currency, as a substitute *res* for the real property located at 88 Lovells
> Lane, Marstons Mills, Massachusetts (the "Currency").

2.      The Currency shall be disposed of by the United States Marshals Service

("USMS") pursuant to the Settlement Agreement entered into between the United States and

Claimant Victor Miller, and applicable law.

4.      Any claim of interest of any other parties claiming any right, title, or interest in or

to the Defendant Property is hereby held in default and dismissed.

5.      This Court shall retain jurisdiction in this case solely for the purpose of enforcing

the terms of this Judgment.  Otherwise, this Order shall be, and hereby is, the full and final

disposition of this civil forfeiture action.


SO ORDERED this __ day of _____, 2008


_____
JUDITH G. DEIN
United States Magistrate Judge