UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>88 LOVELLS LANE, MARSTONS MILLS, MASSACHUSETTS,<br><br>Defendant. | Civil Action No. 03-12438-JGD<br><br>**Property:**<br>88 Lovells Lane<br>Marstons Mills, Massachusetts<br><br>**Record Owner:**<br>Victor Miller<br><br>**Barnstable County Registry of Deeds:**<br>Book: 9095<br>Page: 47 |

## RELEASE OF *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the *Lis Pendens* against the real property, including all buildings and appurtenances, located at 88 Lovells Lane, Marstons Mills, Massachusetts (the "Defendant Property"). For title to the Defendant Property, see Book 9095, Page 47 of the Barnstable County Registry of Deeds, reflecting the conveyance of the Defendant Property on March 15, 1994.

This Release is made by agreement of the parties.

The *Lis Pendens*, a copy of which is attached, was recorded on December 12, 2003 at the Barnstable County Registry of Deeds.

Signed under the pains and penalties of perjury this 23rd day of June, 2008.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
Jennifer A. Serafyn
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: June 23, 2008

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                 Boston

Then personally appeared the above-named Jennifer A. Serafyn, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 23rd day of June, 2008.

*[signature: Mary A. Watson]*
Notary Public
My Commission expires:

OFFICIAL SEAL
MARY A. WATSON
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Feb. 1, 2014

2

APPROVED AND SO ORDERED:

_____
JUDITH G. DEIN
United States Magistrate Judge

Dated: June 25, 2008

FEB-11-2004 11:42  FROM:CAPE COD 5 CREDIT SE 508+240+7754         TO:916177483967         P:7

*received by Darin Smith*
*by actual 1/7/04*
*mail*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
2003 DEC -3 P 3 20

UNITED STATES OF AMERICA,
    Plaintiff,

v.

88 LOVELLS LANE, MARSTONS
MILLS, MASSACHUSETTS,
    Defendant.

Civil Action No.

Victor Miller

Property:
88 Lovells Lane
Marstons Mills, Massachusetts

Barnstable County
Registry of Deeds
Book: 9095 Page: 47

03-12438 PBS

## LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused a Complaint for Forfeiture *in rem* to be filed against the real property, including all buildings and appurtenances, located at 88 Lovells Lane, Marstons Mills, Massachusetts (the "Defendant Property"). The Complaint alleges that the Defendant Property constitutes real property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of, Title 21, United States Code, Sections 841, 846, and/or 856, and that the Defendant Property is, therefore, subject to seizure and forfeiture to the United States of America, pursuant to 21 U.S.C. § 881(a)(7)

FEB-11-2004 11:42  FROM:CAPE COD 5 CREDIT SE 508+240+7754        TO:916177483967          P:8

For title to the Defendant Property, see Book 9095, Page 47 of the Barnstable County Registry of Deeds, reflecting the conveyance of the Defendant Property on March 15, 1994.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Shelbey D. Wright*
SHELBEY D. WRIGHT
Assistant U.S. Attorney
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Dated: December 03, 2003

COMMONWEALTH OF MASSACHUSETTS
Suffolk, ss.

OATH

The undersigned Shelbey D. Wright, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

*Shelbey D. Wright*
Shelbey D. Wright
Assistant U.S. Attorney

Dated: December 03, 2003

2

Then personally appeared the above-named Shelbey D. Wright, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 3rd day of December, 2003.

NOTARY PUBLIC
My Commission expires: 5/29/09

[Notary stamp: LISA J. TALBOT, Notary Public, Commonwealth of Massachusetts, My Commission Expires May 29, 2009]

/s/ Lisa J. Talbot

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

/s/ [signature]
United States District Judge

Date: 12/11/03